*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                               Chapter: 7

    Joseph V. Sweeney, Jr. and
Linda P. Sweeney
                       Debtor(s)                    Bankruptcy No: 22−11923−pmm

*O R D E R*

**AND NOW,** this 26th day of July 2022 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

       Documents and Deadline

       Chapter 7 Statement of Your Current Monthly Income Form 122A−1 Due8/8/2022
       Means Test Calculation Form 122A−2, If ApplicableDue: 8/8/2022.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

                                                               By the Court

                                                         Patricia M. Mayer
                                 Judge , United States Bankruptcy Court