**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joseph V. Sweeney Jr.<br>Linda P. Sweeney a/k/a Linda Porr-Sweeney<br>Debtor(s) | CHAPTER 7<br><br>BKY. NO. 22-11923 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

    Respectfully submitted,

/s/ **Brian C. Nicholas**
Brian Nicholas
07 Oct 2022, 16:27:13, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 68b5b3f498e808c572e46c0a69faaa32be79e8b36ecfa8cf243861c883ec9033