UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | | |
|---|---|---|
| IN RE: Joseph V. Sweeney Jr. and Linda P. Sweeney a/k/a Linda Porr-Sweeney,<br><br>    Debtors. | §<br>§<br>§<br>§ | CHAPTER 7<br><br>CASE NO. 4:22-BK-11923-PMM |

### VERIFIED MOTION UNDER L.B.R. 2090-1 FOR ADMISSION *PRO HAC VICE*

I, Sean D. Johnson, Petitioner, respectfully represents to the Court:

1.   That Petitioner is an attorney at law and a member of the law firm of Reid Collins & Tsai LLP with offices at 1301 S. Capital of Texas Hwy, Suite C300, Austin, Texas 78746 (telephone: 512-647-6100).

2.   That since 2006, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Texas where Petitioner regularly practices law.

3.   That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States, and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

    State of Texas – November 3, 2006; TX Bar No. 24055746;
    U.S. District Court, Eastern District of Texas – May 26, 2011; and
    U.S. District Court, Western District of Texas – June 19, 2014.

4.   That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appeal before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

5.   That Petitioner has never been denied admission to the State Bar of Pennsylvania.



FILED

OCT 3 1 2022

TIMOTHY McGRATH, CLERK
BY ___S/L_____ DEP. CLERK

6. That Petitioner is a member of good standing in the following Bar Associations:

Texas Bar Association

7. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Pennsylvania with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Pennsylvania.

8. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court for the purposes of this case only.

Dated: October 27, 2022

_____
Sean D. Johnson

Subscribed and sworn to before me this 27th day of October, 2022.

_____
Notary Public in and for the
STATE OF TEXAS

Commission Expires: 10-16-2024

CYNTHIA L. GARCIA
Notary Public, State of Texas
Comm. Expires 10-16-2024
Notary ID 132732916

2