UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | CASE NO. 22-11923-pmm |
| JOSEPH V. SWEENEY, JR. : | |
| LINDA P. SWEENEY : | |
| Debtors : | CHAPTER 7 |
| : | |
| JOSEPH V. SWEENEY, JR. : | |
| LINDA P. SWEENEY : | |
| Movants, : | (LIEN AVOIDANCE) |
| : | |
| v. : | |
| : | |
| FULTON BANK, N.A., FORMERLY : | |
| KNOWN AS FULTON BANK and : | |
| CHRISTINE C. SHUBERT : | |
| CHAPTER 7 TRUSTEE, : | |
| Respondents. : | |

**AMENDED ORDER AVOIDING A JUDICIAL LIEN**

The Motion of Debtors, Joseph and Linda Sweeney, to Avoid a Judicial Lien, having come this day before the Court, it is:

**HEREBY ORDERED** that Fulton Bank's judicial lien in Case No. CI-15-04362 in the amount of $70,879.03 is avoided in its entirety as to the Real Property owned by Debtors located at 177 River Drive, Lancaster, Lancaster County, Pennsylvania pursuant to 11 U.S.C. § 506.

BY THE COURT:

_____
Patricia M. Mayer
Judge, United States Bankruptcy Court