UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 22-11923-pmm |
| JOSEPH V. SWEENEY, JR. | : | |
| LINDA P. SWEENEY | : | |
|     Debtors | : | CHAPTER 7 |
| | : | |
| JOSEPH V. SWEENEY, JR. | : | |
| LINDA P. SWEENEY | : | |
|     Movants, | : | (LIEN AVOIDANCE) |
| | : | |
| v. | : | |
| | : | |
| FTI CONSULTING, INC and | : | |
| CHRISTINE C. SHUBERT | : | |
| CHAPTER 7 TRUSTEE, | : | |
|     Respondents. | : | |

**AMENDED ORDER AVOIDING A JUDICIAL LIEN**

The Motion of Debtors, Joseph and Linda Sweeney, to Avoid a Judicial Lien, having come this day before the Court, it is:

**HEREBY ORDERED** that FTI Consulting, Inc.'s judicial lien in Case No. CI-20-05812 in the amount of $11,424,227.42 is avoided in its entirety as to the Real Property owned by Debtors located at 177 River Drive, Lancaster, Lancaster County, Pennsylvania pursuant to 11 U.S.C. § 506.

BY THE COURT:

_____
Patricia M. Mayer
Judge, United States Bankruptcy Court