UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Joseph V. Sweeney, Jr. and Linda P. Sweeney,    :    Chapter 7
                                                :
Debtors.                                        :    Bky. No. 22-11923 (PMM)
                                                :

# O R D E R

**AND NOW**, upon consideration of the Motions for the Admission of Sean D. Johnson to Practice Pro Hac Vice (doc. #28, "the Motion"), it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Effective upon the date of the entry of this Order or the date of the payment of the admission fee required by the district court, whichever is later, Sean D. Johnson is admitted to practice before this court in this bankruptcy case and any related adversary proceedings.

*Patricia M. Mayer*

**Date:11/1/22**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**