United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-11923-pmm
Joseph V. Sweeney, Jr.  Chapter 7
Linda P. Sweeney
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Nov 01, 2022     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph V. Sweeney, Jr., Linda P. Sweeney, 177 River Drive, Lancaster, PA 17603-4747 |
| | + | Sean Johnson, Reid Collins & Tsai LLP, 1301 S. Capital of Texas Hwy, ste C300, Austin, TX 78746-6550 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2022 at the address(es) listed below:

**Name**     **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

CHRISTINE C. SHUBERT
    christine.shubert@comcast.net  J100@ecfcbis.com

DENISE ELIZABETH CARLON
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

JAMES K. JONES
    on behalf of Debtor Joseph V. Sweeney  Jr. jkj@cclawpc.com

JAMES K. JONES
    on behalf of Joint Debtor Linda P. Sweeney jkj@cclawpc.com

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: Nov 01, 2022     Form ID: pdf900     Total Noticed: 2

ROBERT E. CHERNICOFF
    on behalf of Debtor Joseph V. Sweeney Jr. rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com

ROBERT E. CHERNICOFF
    on behalf of Joint Debtor Linda P. Sweeney rec@cclawpc.com jbartley@cclawpc.com;jlaughman@cclawpc.com

SCOTT F. LANDIS
    on behalf of Creditor Fulton Bank N.A. formerly known as Fulton Bank slandis@barley.com, jrachor@barley.com;dkearney@barley.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
Joseph V. Sweeney, Jr. and Linda P. Sweeney,   :   Chapter 7
                                               :
              Debtors.                         :   Bky. No. 22-11923 (PMM)
                                               :

# O R D E R

**AND NOW**, upon consideration of the Motions for the Admission of Sean D. Johnson to Practice Pro Hac Vice (doc. #28, "the Motion"), it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Effective upon the date of the entry of this Order or the date of the payment of the admission fee required by the district court, whichever is later, Sean D. Johnson is admitted to practice before this court in this bankruptcy case and any related adversary proceedings.

Date:11/1/22

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**