**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (READING)**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 4:22-BK-11923-PMM |
| LINDA P. SWEENEY | § | |
| a/k/a Linda Porr-Sweeney | § | CHAPTER 7 |
| JOSEPH V. SWEENEY JR., | § | |
| | § | |
| Debtors. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Pursuant to Bankruptcy Rules 9010(b) and 2002, please take notice that the undersigned attorney is appearing for FTI Consulting, Inc. ("FTI Consulting"), a creditor in the above-styled bankruptcy. Pursuant to Bankruptcy Rule 2002, FTI Consulting requests that all notices given or required to be given in this bankruptcy, and all papers served or required to be served in this bankruptcy, be given to and served upon the undersigned as follows:

Sean D. Johnson
Texas State Bar No. 24055746
Reid Collins & Tsai, LLP
1301 S. Capital of Texas Hwy, Suite C300
Austin, Texas 78746
Telephone: (512) 647-6109
Facsimile: (512) 647-6129
sjohnson@reidcollins.com

The foregoing request is to include the notices and papers referred to in the Rules specified above, and also includes, without limitation, notices of any orders, applications, complaints, proposed reorganizations, demands, hearings, motions, petitions, pleadings, or requests, and any other documents brought before this Court in the above cause.

Dated: November 4, 2022    **REID COLLINS & TSAI, LLP**

By: */s/ Sean D. Johnson*
Sean D. Johnson
*(pro hac vice admission pending)*
1301 S. Capital of Texas Hwy
Suite C300
Austin, Texas 78746
Telephone:   (512)-647-6109
Facsimile:    (512) 647-6129
sjohnson@reidcollins.com

*Attorneys for Respondent*
*FTI Consulting, Inc*