United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Joseph V. Sweeney, Jr.  
Linda P. Sweeney  
    Debtors

Case No. 22-11923-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3  
Date Rcvd: Nov 18, 2022     Form ID: 318     Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph V. Sweeney, Jr., Linda P. Sweeney, 177 River Drive, Lancaster, PA 17603-4747 |
| 14707828 | + | Barley Snyder, Attn: Kieth Mooney, Esq., 126 East King Street, Lancaster, PA 17602-2893 |
| 14707834 | + | FTI Consulting, Inc., c/o Reed Collins & Tsai LLP, Attn: Jonathan Kass, Esquire, 1007 N. Orange St., 4th Floor, Wilmington, DE 19801-1242 |
| 14707833 | + | First Choice Bank, 100 Witmer Road, Suite 140, Horsham, PA 19044-2648 |
| 14707837 | + | Gary G. Efstration, Esq., 232 E ORANGE ST, 2nd Floor, Lancaster, PA 17602-3179 |
| 14707838 | + | Harlan Keener, 1266 Gypsy Hill Road, Lancaster, PA 17602-1355 |
| 14707841 | + | Margaret Toms, 177 River Drive, Lancaster, PA 17603-4747 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 19 2022 00:15:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 19 2022 00:16:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14707829 | | Email/Text: info@bayareareceivables.com | Nov 19 2022 00:15:00 | Bay Area Receivables, Attn: Bankruptcy, Po Box 3535, Salisbury, MD 21802 |
| 14707827 | + | EDI: TSYS2 | Nov 19 2022 05:13:00 | Barclay's Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14707830 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Nov 19 2022 00:15:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14707831 | | EDI: CAPITALONE.COM | Nov 19 2022 05:13:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14707832 | + | EDI: CAPITALONE.COM | Nov 19 2022 05:13:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14707836 | + | Email/Text: bankruptcy@fult.com | Nov 19 2022 00:16:00 | Fulton Bank, One Penn Square, Lancaster, PA 17602-2853 |
| 14707839 | | EDI: IRS.COM | Nov 19 2022 05:13:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14707840 | | Email/Text: camanagement@mtb.com | Nov 19 2022 00:15:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 14707842 | + | Email/Text: Bankruptcies@nragroup.com | Nov 19 2022 00:16:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14707843 | + | Email/Text: Bankruptcies@nragroup.com | Nov 19 2022 00:16:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 14707844 | | EDI: PENNDEPTREV | Nov 19 2022 05:13:00 | PA Department of Revenue, P.O. Box 280946, |

Case 22-11923-pmm   Doc 42   Filed 11/20/22   Entered 11/21/22 00:33:45   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 18, 2022 | Form ID: 318 | Total Noticed: 23 |

| | | | |
|---|---|---|---|
| | | | Harrisburg, PA 17128-0946 |
| 14707844 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 19 2022 00:15:00 | PA Department of Revenue, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14716331 | EDI: PENNDEPTREV | Nov 19 2022 05:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14716331 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 19 2022 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14707846 | EDI: USAA.COM | Nov 19 2022 05:13:00 | USAA Savings Bank, 10750 McDermott Fwy, San Antonio, TX 78288-1600 |
| 14707845 | + Email/Text: bankruptcy@atlanticunionbank.com | Nov 19 2022 00:15:00 | Union Bank & Trust, PO Box 940, Ruther Glen, VA 22546-0940 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| JAMES K. JONES | on behalf of Debtor Joseph V. Sweeney Jr. jkj@cclawpc.com |
| JAMES K. JONES | on behalf of Joint Debtor Linda P. Sweeney jkj@cclawpc.com |
| ROBERT E. CHERNICOFF | on behalf of Debtor Joseph V. Sweeney Jr. rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com |
| ROBERT E. CHERNICOFF | on behalf of Joint Debtor Linda P. Sweeney rec@cclawpc.com jbartley@cclawpc.com;jlaughman@cclawpc.com |
| SCOTT F. LANDIS | on behalf of Creditor Fulton Bank N.A. formerly known as Fulton Bank slandis@barley.com, |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 18, 2022 | Form ID: 318 | Total Noticed: 23 |

jrachor@barley.com;dkearney@barley.com

SEAN DAVID JOHNSON

on behalf of Creditor FTI Consulting  Inc. sjohnson@rctlegal.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Joseph V. Sweeney Jr.<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–8956<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Linda P. Sweeney<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–1312<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    Eastern District of Pennsylvania | | |
| Case number:    22–11923–pmm | | |

## Order of Discharge                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Joseph V. Sweeney Jr.                                         Linda P. Sweeney
                                                              aka Linda Porr–Sweeney

11/17/22                                                      **By the court:** Patricia M. Mayer
                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**