UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 22-11923-pmm |
| JOSEPH V. SWEENEY, JR. | : | |
| LINDA P. SWEENEY | : | |
|     Debtors | : | CHAPTER 7 |
| | : | |
| JOSEPH V. SWEENEY, JR. | : | |
| LINDA P. SWEENEY | : | |
|     Movants, | : | (LIEN AVOIDANCE) |
| | : | |
|     v. | : | |
| | : | |
| FTI CONSULTING, INC and | : | |
| CHRISTINE C. SHUBERT | : | |
| CHAPTER 7 TRUSTEE, | : | |
|     Respondents. | : | |

**CERTIFICATE OF NO RESPONSE FOR
MOTION TO AVOID A JUDICIAL LIEN**

**NOTICE IS HEREBY GIVEN** that no response was filed by Respondents FTI Consulting, Inc. and Christine C. Shubert, Chapter 7 Trustee to Movant's Motion to Avoid Judicial Lien filed on October 28, 2022, to Docket #26. The deadline for Responses was November 15, 2022.

    Respectfully submitted,

    CUNNINGHAM, CHERNICOFF &
    WARSHAWSKY, P.C.

    /s/ James K. Jones
    James K. Jones
    Attorney for Movants/Debtors
    2320 N. Second St.
    Harrisburg, PA 17110
    (717) 238-6570 x-123
    jkj@cclawpc.com