United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11923-pmm |
| Joseph V. Sweeney, Jr. | Chapter 7 |
| Linda P. Sweeney | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 22, 2022 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph V. Sweeney, Jr., Linda P. Sweeney, 177 River Drive, Lancaster, PA 17603-4747 |
| cr | + | Fulton Bank, N.A. formerly known as Fulton Bank, c/o Scott F. Landis, Esquire, Barley Snyder, 126 East King Street, Lancaster, PA 17602-2893 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Nov 23 2022 00:05:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 23 2022 00:05:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2022           Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 22, 2022 | Form ID: pdf900 | Total Noticed: 4 |

CHRISTINE C. SHUBERT
    christine.shubert@comcast.net J100@ecfcbis.com

DENISE ELIZABETH CARLON
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

JAMES K. JONES
    on behalf of Joint Debtor Linda P. Sweeney jkj@cclawpc.com

JAMES K. JONES
    on behalf of Debtor Joseph V. Sweeney Jr. jkj@cclawpc.com

ROBERT E. CHERNICOFF
    on behalf of Joint Debtor Linda P. Sweeney rec@cclawpc.com jbartley@cclawpc.com;jlaughman@cclawpc.com

ROBERT E. CHERNICOFF
    on behalf of Debtor Joseph V. Sweeney Jr. rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com

SCOTT F. LANDIS
    on behalf of Creditor Fulton Bank N.A. formerly known as Fulton Bank slandis@barley.com,
    jrachor@barley.com;dkearney@barley.com

SEAN DAVID JOHNSON
    on behalf of Creditor FTI Consulting Inc. sjohnson@rctlegal.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 22-11923-pmm |
| JOSEPH V. SWEENEY, JR. | : | |
| LINDA P. SWEENEY | : | |
|     Debtors | : | CHAPTER 7 |
| | : | |
| JOSEPH V. SWEENEY, JR. | : | |
| LINDA P. SWEENEY | : | |
|     Movants, | : | (LIEN AVOIDANCE) |
| | : | |
|     v. | : | |
| | : | |
| FULTON BANK, N.A., FORMERLY | : | |
| KNOWN AS FULTON BANK and | : | |
| CHRISTINE C. SHUBERT | : | |
| CHAPTER 7 TRUSTEE, | : | |
|     Respondents. | : | |

# **O R D E R**

**AND NOW,** upon Motion of the Debtor to avoid a judicial lien held by Fulton Bank, N.A. ("the Respondent") in personal property and/or real property of the Debtor located at 177 River Drive, Lancaster, Lancaster County, Pennsylvania,

**AND**, the Debtor having asserted that the alleged lien arising from the judgment entered at Lancaster Count Court of Common Pleas at docket number CI-15-04362 is subject to avoidance pursuant to 11 U.S.C. §522(f),

And, the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, in the real property of the Debtor and/or the personal property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED**.

**Date:** **November 22, 2022**

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**